*In re* EVI FLOR LUGO CARLO.

*Número:* TS-8683          *Resuelto:* 17 de junio de 2005

Carmen H. Carlos, directora de la Oficina de Inspección de Notarías; *José M. Montalvo Trías*, director ejecutivo del Colegio de Abogados; *Evi Flor Lugo Carlo*, peticionaria.

## RESOLUCIÓN

Examinada la Moción presentada por la Lcda. Evi Flor Lugo Carlo sobre su renuncia voluntaria al ejercicio de la abogacía, así como la Moción Informativa del Colegio de Abogados de Puerto Rico, presentada el 19 de mayo de 2005,

---

[7] 3 L.P.R.A. sec. 1301 *et seq.*

*autoriza a la Lcda. Evi Flor Lugo Carlo a darse de baja voluntariamente de esa institución.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Rebollo López no intervino.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*